IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:09-CR-81-1BO

United States of America           )
                                   )
        v.                         )
                                   )                    ORDER
Devon Wayne Jones                  )


        The papers filed by the petitioner in this case are hereby returned to petitioner for failure to

comply with our Local Rules of Practice and Procedure.  The papers are deficient in the following

respects:

( X )    The pleading received on 8/16/2012  **was not signed** or did not have an original
         signature.

(  )     The pleading was not on 8 1/2" by 11" paper.  All pleadings submitted must be on
         standard letter size paper.

(  )     The pleading did not contain a case name and number.  In order to be able to quickly
         and accurately process pleadings, they must provide the case name and the case
         number assigned to the action by the Clerk's Office.

(  )     Other:

        Petitioner is DIRECTED  to correct the deficiencies listed above and return the corrected

papers within fourteen (14) days from the filing of this order.  The petitioner has the right to re-

submit these papers for processing upon compliance with the Federal Rules of Civil Procedure and

the local rules of this court.

        So ordered this  22nd  day of August, 2012.


                                        _____
                                        WILLIAM A. WEBB
                                        UNITED STATES MAGISTRATE JUDGE