# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Devon Wayne Jones                               Docket No. 4:09-CR-81-1BO

### Petition for Action on Supervised Release

COMES NOW Matti Liebler, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Devon Wayne Jones, who, upon an earlier plea of guilty to Misprision of a Felony, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on June 1, 2011, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for one year under the standard conditions adopted by the court and the following additional conditions:

1.  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Devon Wayne Jones was released from custody on November 6, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 12, 2013, the defendant tested positive for marijuana. When confronted, the defendant admitted using marijuana while at Cavalcorp, the Residential Re-entry Center, just prior to his release on November 6, 2013. At that time, the defendant was reprimanded and given a warning regarding further use of illegal substances.

On April 9, 2014, the defendant submitted to surprise urinalysis which proved positive for cocaine and marijuana. When confronted, the defendant acknowledged his use of marijuana and signed an admission form. He denied any cocaine or benzodiazepine use.

The probation officer is recommending imposition of a drug aftercare condition to facilitate ongoing urinalysis and allow the defendant to participate in any recommended substance abuse treatment deemed necessary.

The defendant signed a Waiver of Hearing agreeing to the proposed of supervision.

Devon Wayne Jones
Docket No. 4:09-CR-81-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Matti Liebler<br>Matti Liebler<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-347-9038<br>Executed On: April 17, 2014 |

### ORDER OF COURT

Considered and ordered this ___ day of April_____, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge